# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00177-CV

### S. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

## FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
## NO. 12-FL-335, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

The reporter's record in this appeal is overdue. By request to this Court dated April 7, 2014, Sheri Linder requested an extension of 10 days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Accordingly, Linder is hereby ordered to file the reporter's record in this case on or before April 17, 2014. If the record is not filed by that date, Linder may be required to show cause why she should not be held in contempt of court.

It is ordered on April 9, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose